United States District Court
Middle District of Florida
Jacksonville Division

**JOHN HAAF,**

    *Plaintiff,*

v.   No. 3:22-CV-147-MMH-JBT

**WASTE PRO OF FLORIDA, INC.,**

    *Defendant.*

___

## Report and Recommendation

In this case under the Fair Labor Standards Act, the Court ordered the parties to appear before the undersigned for a settlement conference. Doc. 20. Each side provided the undersigned a confidential letter explaining the disputed issues that remain and the status of negotiations. The day before the settlement conference, the undersigned talked to each lawyer individually. The parties acted in good faith to reach a settlement, and the undersigned converted the planned settlement conference into a fairness hearing.

At the fairness hearing, the lawyers described the disputed issues that remain and opined the settlement is fair and reasonable. Under the material terms of the settlement, the defendant will pay the plaintiff $1,925.00, the plaintiff will provide the defendant a standard wage-related release, and the parties will ask the Court to separately decide reasonable attorney's fees and costs. The defendant does not contest entitlement to reasonable attorney's fees and costs.

Applying the standard in *Lynn's Food Stores, Inc., v. United States ex rel. U.S. Department of Labor*, 679 F.2d 1350, 1354 (11th Cir. 1982), the undersigned found the settlement is a fair and reasonable resolution of disputed issues and approval is warranted. Both sides stated they have no objection to a corresponding report and recommendation and suggested a procedural path for the remainder of the case. Awaiting the 14-day objection period therefore is unnecessary.

For the reasons stated here and on the record at the fairness hearing, the undersigned recommends entering an order:

1. approving the settlement as a fair and reasonable resolution of disputed issues;

2. directing the parties to confer in good faith on reasonable attorney's fees and costs; and

3. by **December 16, 2022**, either file a motion for entry of a stipulated judgment on reasonable attorney's fees and costs or a joint notice explaining what discrete issues on reasonableness remain for the Court's determination and proposing a briefing schedule for those issues.

**Done** on November 1, 2022, in Jacksonville, Florida.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: The Honorable Marcia Morales Howard
   The Honorable Joel Toomey